# EXHIBIT A





## ABOUT US

Tactical Gear Heads is an online retailer based out of Indianapolis, Indiana. Founded in 2014, we specialize in ecommerce websites that cater to the tactical gear market. Each ecommerce store targets a specific product category or highly targeted vertical.

Our focus is on providing customers with a paramount online shopping experience. We accomplish this with industry-leading customer service, custom website development and online marketing strategies.



## OUR PROPERTIES

www.80-lower.com | www.80lowerjig.com | www.ar-15lowerreceivers.com



## CONTACT

Facebook | LinkedIn

---

Proudly powered by WordPress