# EXHIBIT 2

# INSTRUCTION NO. 23

When a defendant has been charged with robbing or attempting to rob a drug dealer, the government satisfies the "affecting commerce" element of this crime if it shows that the defendant robbed or attempted to rob a drug dealer of drugs or drug proceeds. The Government need not show that the drugs or drug proceeds that a defendant stole or attempted to steal either traveled or were destined for transport across state lines.

Case 6:19-cr-00023-CEM Document 6312 Filed 107/241/20 Page 25 of 36