IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CASE NO. PX-19-236 |
| v. ) | |
| ) | |
| ) | |
| MARTEL RAYSHARD REEVES ) | |
| Defendant ) | |
| _____ | |

**NOTICE REGARDING TACTICAL GEAR HEADS' COMPLIANCE WITH
GOVERNMENT'S SUBPOENA**

Tactical Gear Heads, LLC, ("TGH") through undersigned counsel, hereby files this Notice Regarding its Compliance with the Government's Subpoena. The basis for this filing is set forth below:

1. On June 24, 2020, Mr. Chad Myers, President and Founder of TGH, provided to the government its data regarding all orders TGH has shipped to the State of Maryland. This data revealed the existence of orders prior to the date of 2018.

2. On July 3, 2020, AUSA Raghavan contacted undersigned counsel to inquire about the date of the sales given the prior representations by Mr. Myers regarding the first sale in Maryland occurring in 2018. Undersigned counsel had not received the data provided to the government, and needed to obtain the data and review.

3. Since reviewing the data provided, undersigned counsel has worked with TGH to prepare a supplemental affidavit to be filed to correct the record regarding the date of the first sale. Undersigned counsel has informed AUSA Raghavan that a filing is expected to occur on Monday addressing this issue. The government has insisted that

1

TGH file something today or the government would instead file something with the Court.

4. Undersigned counsel is filing this Notice with the Court to advise the Court that the government has made counsel aware of these issues and counsel has consulted with Mr. Myers to make the necessary correction to the record.

>Respectfully Submitted,
>
>WILLIAM MARTIN
>
>By: _____/s/_____
>William Martin
>Michelle N. Bradford (pro hac vice)
>DC Bar No. 491910
>Barnes & Thornburg LLP
>1717 Pennsylvania Avenue, N.W.
>Suite 500
>Washington, D.C. 20006
>Phone: 202-408-6922
>bmartin@btlaw.com
>mbradford@btlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice Regarding Tactical Gear Head's Compliance with Government's Subpoena was filed electronically through the Court's ECF filing system this 24th day of July, 2020, thereby providing service electronically upon all parties in this case.

_____/s/_____
William Martin