# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT MARYLAND

| | |
|---|---|
| **UNITED STATES** <br><br> v. <br><br> **MARTREL REEVES,** <br> **Defendant.** | Case No. 8:19-CR-0236-PX |

## ORDER

Upon consideration of Defendant's unopposed request for an extension of time to file his objections or proposed revisions to the draft presentence report, it is hereby,

**ORDERED**, that Mr. Reeves' unopposed request for an extension of time is hereby GRANTED; and it is hereby,

**FURTHER ORDERED**, that this Court's Regular Sentencing Order in this case [ECF No. 70] is hereby revised so that Mr. Reeves may file his objections or proposed revisions to the draft presentence report by November 19, 2020, instead of November 16, 2020.

**SO ORDERED.**

November 16, 2020

/S/
**HON. PAULA XINIS**
**United States District Judge**