# EXHIBIT 1

**TABLE OF CONTENTS**

Rev. Dr. Sharon Styles Anderson …………………………………………………………..3

Collin James Anderson ……………………………………………………………………...4

Marquez Beasley ……………………………………………………………………………6

Diane Bennett ………………………………………………………………………………7

Timothy Bennett …………………………………………………………………………….8

Rakkah Cooper …………………………………………………………………………...9

Jovan Davis ……………………………………………………………………………....10

Jimmie Jenkins …………………………………………………………………………...11

Tony Lewis ……………………………………………………………………………...12

Ronald T. Oakes  ………………………………………………………………………..13

Foley Santamaria ………………………………………………………………………..14

Trayon White, Sr. ………………………………………………………………………15

# The Temple of Praise

Washington, DC 20032 (202) 561-0100
Bishop Glen A. Staples, Th. D, D. Min, DD. - Presiding Prelate
Pastor Walter Lamar Staples, DD. – Senior Pastor
*December 11, 2020*

The Honorable Paula Xinis
United States District Court Judge
6500 Cherrywood Lane
Greenbelt, MD 20770

Dear Judge Xinis:

I write on behalf of Maurell Reeves who is scheduled to appear before you for sentencing. I am an Executive Pastor at the Temple of Praise, a very successful ministry in Southeast Washington, DC. My ministry is in the inner city and I provide support and rehabilitative services for individuals involved in the criminal justice system. I hold a Juris Doctorate Degree from Georgetown University Law School, as well as two Doctoral Degrees in Ministry and Theology. Based upon my professional as well as personal contact with Mr. Reeves, I am in support of a lenient sentence for him. I am certain that he is deeply remorseful regarding his conduct in these matters, and unlikely to recidivate if released in a timely fashion.

I have known Mr. Reeves for over 10 years. I have watched Mr. Reeves grow from a young man, into a successful businessman. As a result of his humble demeanor, honest character, and business acumen in the music industry, he is very well respected among the young men in the community. He is a committed father and I have watched his interaction with his daughter. She adores Mr. Reeves, and has truly been affected by the separation. Despite his infractions with the law, community members, speak very highly of Mr. Reeves. His family is supportive, as well as many of his friends and colleagues.

I have also watched Mr. Reeves mentor a number of young artists throughout the DMV. Through his guidance and support he has helped many young men and women stay off the streets, remain in school, and pursue careers and their dreams. He has given back to families and youth in need. Whether the need was food, clothing, housing, or simply encouragement, Mr. Reeves has a generous heart and a gift to empower others to improve themselves.

I am confident the matter for which he stands before you reflected a momentary lapse in judgment- not a commitment to a lifestyle of criminality. I am also confident that since his incarceration, Mr. Reeves has learned from his mistakes, and a maximum or lengthy sentence will not serve the best interest of justice, or the community. He is not a hardened criminal who has a total disregard for rules. To the contrary, I am certain that as he stands before you for sentencing, Mr. Reeves has made a commitment to change: in his mind and his spirit- and make better decisions that reflect a true recognition for the law and our society's values. If you have any questions, please feel free to contact me. I can be reached at 301-370-9855.

Respectfully Submitted,

Rev. Dr. Sharon Styles-Anderson
Executive Pastor/Community Development Coordinator

700 Southern Avenue, SE
Washington, DC 20032

(202) 561-0100
fax (202) 561-0149

website: www.thetempleofpraise.org

3

Re ; Martrel Reeves -Case No. 19-Cr-00236

The Honorable Paula Xinis
United States District Court Judge
6500 Cherrywood Lane
Greenbelt, MD 20770

Dear Judge Xinis:

I provide this reference in full knowledge of Mr. Reeves' (Trel's) charge.  I am one of his mentees.  In part due to Trel's guidance, I own my own business, and have turned my life around. I am asking that you consider the most lenient sentence possible for Trel under the sentencing guidelines.

I met "Trel" when I was 15 years old.  He allowed me to be a part of his team when he got his first major record deal.  He mentored me and had me around for all of the meetings, so I could learn the music business as manager for artists and to help them with their careers. Unfortunately, and unrelated to Trel, I made a bad decision and ended up in the Maryland criminal justice system.  When I was released, "Trel" really helped me turn my life around.   "Trel" was a major role model for me. He taught me the business side of the music industry. He included me in meetings with Atlantic records, and other major labels.  He taught me how to interact with other businessmen.

In fact, since my release, I have started my own record label; have been involved in major negotiations with Jay z/Roc Nation, Sony Music, and other big name record companies.  I owe my ability to successfully work in this arena to "Trel".  He taught me about using patience, and wisdom.  He taught me to never give up and to have faith in your dreams-regardless of the obstacles. Trel's guidance also helped to encourage me to expand my business goals- and over the last year, I have opened a beauty salon that assists young and up and coming stylists in DC/MD and VA. Trel is a brilliant artist and musician and businessman, and he works hard at whatever he puts his mind to.  He definitely helped me to regain my focus and turn my life around.

Despite this charge I know Trel to be a man of integrity and honesty. He is a community and family-minded individual who places the needs of others before his own. He is a great father. His daughter adores him. When I was

4

in need of a mentor, after making a similar mistake, "Trel" reached out to me and taught me to stay on the right track. He encouraged me to be a better father, son, and overall human being. My current success is an example of the impact that he had.

I know that I am not alone. Trel has had a positive impact on so many young men. Before he was incarcerated, "Trel" worked effortlessly with at risk youth (young men) who would otherwise be abandoned by society if left to their own devices. He has been a positive role model in the music industry, throughout the DMV and many young men would be lost without Trel's support and guidance to do the right thing.

Sometimes, however, we do not follow our own advice, and against the background of his charge, I have spoken with him regarding his decision that led to this charge and this moment. It is a source of intense regret, remorse, and embarrassment to him. He is a family man; one of integrity, and this incident is definitely uncharacteristic of his focus at the time of his arrest. It is an incident, which he would like to take responsibility for and move forward, and I am confident if released, "Trel" would not make the same mistake so that he may continue with his career, and make a positive contribution to our society.

If you wish for me to confirm any of the above, please do not hesitate to contact me. I can best be reached at jamescollinanderson@gmail.com.

Sincerely,

Collin James Anderson

To Whom It May Concern and the Honorable Judge:

My name Is Marquez Beasley. I met Martrel Reeves in May Of 2012. During this time I was A Trouble youth, Homeless and Completely headed down the Wrong path. This Is when Martrel Reeves Gave me a Change of Life that i am Forever Grateful for. Reeves took me Off the Streets of DC. Helped me Obtain My first job and Also helped me to Rehab from The drugs i was Taking and Allowed me Ample time and opportunity to Get my act Right. Since, Mr. Reeves Began to help me i have since Realized the importance of Life and i have completely turn my life around although i have Reached rough spots in my journey to Recovery i never gave Up or Went back to my old ways solely because Mr. Reeves saved my Life and Showed me that i was worth more than i ever believed i Was. Also Ms. Pamela Reeves which is Martrels Mom Has been an Amazing positive role model in my Life and i Constantly thank her for her Sons love and generosity because without It im sure i would be dead or in Jail. Martrel Reeves is not a Bad person despite the situations he may put himself in or the bad decisions he may have made. He is Harmless and i know this to be True. He has a very promising future and he has literally hundreds of Thousands of people who Love and want whats Best for him. Please, I ask That Mr. Reeves is given the chance to return back to the many lives he has Positively affected and Not Punished for His Mistakes which dont outweigh his Achievements. God Bless

Diane O. Bennett
216 Wendell Scott Dr
Apt 9
Danville, VA 24540


November 25, 2020

Re: Martrell Reeves

To the Honorable Judge

I have known Martrell Reeves since he was born. I was both surprised and troubled to hear about his case as he was always a good man. It is for this reason I am happy to write this letter of reference for my nephew, Martrell Reeves, regarding this manner. I understand the seriousness of the matter, but I would ask the court for leniency towards my nephew.

I helped raise Martrell, or Trel as his family calls him, as a child. He was raised in a Christian home. He always loved music and had a dream of becoming a rapper. He was always there for my son and me whenever we needed him. In addition to his mother, he has two daughters that he adores. He girls truly love their dad and need him. He has a huge amount of love to give to his family and friends.

While it is devasting that he made some poor choices, Martrell understands that his actions have consequences. I know he is ready to accept any responsibility for his actions. He wants to make his wrongs right. I know moving forward, he will make better choices for himself and his family. He has expressed a deep sense of remorse for his poor choices.

It is my sincere hope and prayer, that you will take this letter into consideration while you are thinking about his sentencing. Despite his actions, Martrell is a decent human being and he is ready to make amends for his actions.

Sincerely,



Diane O. Bennett

It was in the early 90s when this Young intelligent, articulate 7 or 8 year old... Come marching down the aisle of the GCLC church. (Youth church program)

Briefcase in his hand, long black trench coat, & a Derby hat!
" Everyone please stand for the honorable, Great Martin Luther King,
Jr!(Martrel Reeves reenactment)
He proceeded to the church stage, and immediately he started to speak with authority...

" I have a dream... let freedom ring!"
"Free at last! Free at last! Free at last! Thank God almighty we are free at last!"

"He actually recited the majority of the Martin Luther King speech of Augusta 28. 1963... at the age of 7 or 8.
The church audience was amazed at his special gift... a photographic memory!"

"I knew then it was something special about young Martrel!"

A year or so later during the summer school break. Martrel and his brother Markel and mom "Pam" Visited our home in VA to see aunt "Niece" & Unc "Tim".
They traveled all the way from Washington DC... Martrel's mom Pam asked; can I record a demo tape to take back to a recording studio in DC? (I have a small home studio in southern VA).

"I remember back then (early 90's) we recorded on a 4track recorder using a high bias audio cassette tape!"

Excited about his first mix tape demo... he Immediately began to test the mic volume & levels...next thing I knew he was free styling!! Wow I said to myself! This young kid has skills! It was so exciting to see his eyes light up with joy when he listened to his first demo mix tape!! (I will never forget that day)

This was the beginning of Martrel's rap career & the rest is history!

Prayers for you "Martrel" aka "Fatrel" from Unc Tim & Aunt Niece! VA In The House! We love you! Peace Nephew!

8

15 December 2020

From:

Rakkah Cooper

1716 Mallard Ct.

Upper Marlboro, MD 20774

To the Honorable Judge,

I am writing this letter given my family/ friend, Martrel Reeves. I want to bring to your attention the kind of person he is despite the grave allegations that he has faced in recent time. I met Martrel Reeves 9 years ago when I first was stationed to the US Naval Academy in Annapolis, Md as an active duty military member. From the very first day, Mr. Reeves showed nothing but great characteristics as a human being and a man of his word. Helping everyone around him and constantly giving to the people who were unfortunate. Giving back to his community has always been a priority.

I am aware of the charges that Martrel is facing, and the consequences that are attached.  I would like to notify you that Martrel have learned from all mistakes. His intentions are never to hurt anyone and/or put anyone life in risk. As a successful professional rapper, being protected is heavily on his mind. He is in the spotlight and many have attempted to attack him due to that matter. He has always been seen for what he has, but not for what he does to uplift his community. After speaking with Mr. Reeves, I can assure you that the proper steps will be taken for him to feel safe mentally and physically within the legal regulations. I would like to plead for leniency.

Please look into this matter and consider this letter before passing any verdict. Martrel strives to make amends, and I know for sure we will see his good works bringing fruitful results to our society again.

Very Respectfully,

Rakkah J. Cooper



Heal Energize Affirm Love Identify Dream and Succeed That's My HEALingIDS

**Support Letter for Martrel Reeves**

**Dear Judge Paula Xinis,**                                                          **11/28/2020**

I represent a community-based organization called The Love More Movement whose mission is to help the most vulnerable people in society heal from past trauma, build resilience, transform their lives and navigate their environments successfully. Through the past 11 years of doing this work, I have seen many young men in myriad situations such as this.  However, I have rarely seen situations where young men, who have demonstrated such a high level of caring and potential, yield such disastrous outcomes. I do not fully understand what happened to Martrel in this situation because he was doing so many great things in some of the most vulnerable communities of the DMV. Before this, he was personally responsible for saving the lives of young people by being a peer mediator. Over the past years, he has helped to deescalate many violent situations.  That is why it is so hard to understand this situation.  The entire Love More organization and surrounding partners, including every major mental health organization in this area love Martrel and want him to have another chance to continue a journey with meaning, purpose and giving back. He can work with us and we will fulfill any supervisory requirements without reservation.

Sincerely,

Jovan Davis


Deputy Director, The Love More Movement

202-925-9829

5556 Tuxedo Rd

Hyattsville, Maryland 20781



# MANPOWER DC
## The Power of Choice

November 28, 2020

To Whom It May Concern:

ManPower DC exists to empower next generation leaders and their families in Washington DC, focusing on disadvantaged neighborhoods. We envision bridging the gap that leads to vital resources nurturing productive leaders for future society. ManPower DC is structured with a main component of workforce supported by our family of companies that demonstrate eight adopted values, "Brother's Keeper", Leadership, Trust, Faith, Courage, Curiosity, Hope and Intelligence. Our values are the cornerstone of our success as a community partner and as a community. Our mission statement is designed to support our overarching goal of providing a positive impact to at-risk youth and their families.

Over the last few years ManPower DC has made a name for itself by impacting the community. Founder & CEO Jimmie Jenkins believes in helping those who want better for themselves but need an extra push. He serves as a resource to several at-risk youth and young adults. Approximately 5 months ago ManPower DC began the Safe Community Initiative that hosts weekly events throughout the Ward 8 community. The Office of Councilmember Trayon White is a firm supporter of our efforts. ManPower DC believes that reaching not only youth and their families in Ward 8 but throughout the entire DC Metropolitan Area.

It has been an honor to build a close working relationship with Mr. Martrel Reeves as a volunteer and huge supporter of ManPower DC. Mr. Reeves has helped motivate and create outlets to each youth and young adult in our program. Mr. Reeves experience and relationships with our young adults enable personal and professional developmental skills. During weekly wrap around group engagements sessions conducted, we focus on various topics while providing useful information and resources such as: workforce training programs, trade schools, financial literacy, savings plans, housing opportunities, careers, sporting events and education assistance.

We hope to have encouraged and supported Mr. Reeves as he continues to become a positive image for our future young persons in the Washington DC Metropolitan Area. If you have any further questions or concerns please do not hesitate to contact the number provided below.

Sincerely,

Jimmie Jenkins
ManPower DC, Founder & CEO
(202) 910-7893
jimmie.jenkins@manpowerdc.com

WWW.MANPOWERDC.COM

11

The Honorable Paula Xinis

United States District Court Judge

6500 Cherrywood Lane

Greenbelt, MD 20770


December 7,2020

Your Honor,

My name is Tony Lewis Jr. I am an author, activist, and reentry expert from Washington, DC.  I have had the pleasure of knowing Martrel Reeves for over a decade dating back to his youth. Mr. Reeves was always open and receptive to my guidance and encouragement towards positivity. We grew closer upon Mr. Reeves launch of his music career and started to collaborate around community focused initiatives I coordinated. These initiatives included Turkey Drive's, peace walks, and community beautification; all of which Mr. Reeves enthusiastically participated .As Mr. Reeves celebrity grew I could always count on him to show up and participate in similar initiatives across the city throughout the past decade. His presence always had a positive impact, particularly with the youth. Many of them were fans of his music and he represented hope and possibility for those that came from challenging communities like he and I come from.


I am aware of the nature of his crime and the detriment it posed to public safety. In my communication with Mr. Reeves I know he is accountable for his poor decisions in the past and remorseful for the pain he has caused to others. That pain is for the community and for his fans in DC and around the country. One of the things I have consistently tried to share with Mr. Reeves is how much he means to people, particularly the youth I spoke of and his responsibility to show them a good example of what it means to be a community pillar. I feel this latest valley has caused him to fully understand a couple of things. One being that we must pay consequences for our actions. The other and most pivotal lesson is that he has to make better decisions moving forward as a father, as a role model, and as a citizen.


It is my hope that he will be given the opportunity to return to the community soon to make all of the positive contributions to society that I know he can make. I am looking forward to collaborating with Mr. Reeves to help empower and inspire the youth to be their best and never engage in criminality. Your Honor, thanks for your time and consideration.


Respectfully,


Tony Lewis

12

Ronald T. Oakes
143 Wesley Drive Apt. 4
Danville, VA 24540


December 4, 2020

Re: Martrell Reeves

To the Honorable Judge,

I am writing this letter of reference for Martrell Reeves. Martrell is my first cousin. I was surprised and bothered to hear about his case as we were very close growing up. It is for this reason I have no issues in writing this letter of reference, Martrell Reeves, regarding this manner. I understand the seriousness of the matter, but I would ask the court for leniency towards my cousin.

Martrell, or Trel, and I grew up in the same household for a few years. He is more than a cousin to me, he is like my brother. He and I were raised in a Christian home with strong family and Christian values. He and I were always into music. He would rap and I would do the music to go along with it. His lifelong dream was to be a rapper. In addition to his mother, he has two daughters that he loves. He is also very close to my mother. His daughters need him in their lives. He has a family that needs him to be physically present in their life.

While it is saddening that he made some unfortunate choices, Martrell understands that his actions have consequences. I know he is ready to accept any and all responsibility for his actions. I know moving forward, he will make better choices for himself, his daughters, and the rest of his family. He is remorseful for his choices. Upon his release, I know he will have discussions with "at risk" kids and help guide them to make better life decisions.

It is my sincere hope and desire, that you will take this letter into consideration while you are thinking about his sentencing. He is a decent man who is desiring a better life.

Sincerely,



Ronald T. Oakes



13



12.6.20

Honorable Judge
Re: Martrel Reeves "Fat Trel"


To Whom It May Concern:

My name is Foley Santamaria and I am the owner of DTLA Records LLC. DTLA Records LLC was established in 2015 and has worked with a number of prominent independent rappers. We have had the pleasure of working with Martrel Reeves, stage name "Fat Trel," since 2016. During this lengthy period of time working together, I have come to know Mr. Reeves well.

Mr. Reeves has produced a remarkable set of solo music and has collaborated with a number of other prominent rappers, including Chief Keef, Rick Ross, Master P, Chris Brown, YG, Wale and more. A quick Google search will show he has an incredible catalogue of music.

Mr. Reeves is an asset to the American music industry, and his years of hard work have been validated with him having a number of songs with millions of plays. This generates a significant amount of income for Mr. Reeves, which he uses to take care of his children. Mr. Reeves has, in my humble opinion, quietly paid his debt to society. The music industry is currently in a much welcomed resurgence, as revenues have increased by double digit percentages over the past several years. If Mr. Reeves is given the opportunity to re-enter society I am confident he will work on new music and provide for his loved ones.

Thank you for the opportunity to write on Mr. Reeves' behalf. Please contact me with any questions you have.

Sincerely,


Foley Santamaria
DTLA Records LLC
4933 Sheriff RD NE, Washington, DC 20019
504-606-5816



# COUNCIL OF THE DISTRICT OF COLUMBIA

### OFFICE OF COUNCILMEMBER TRAYON WHITE, SR.
1350 PENNSYLVANIA AVENUE, NW
SUITE 400
WASHINGTON, DC 20004
202.724.8045

October 29, 2020

The Honorable Paula Xinis
United States District Court Judge
6500 Cherrywood Lane
Greenbelt MD, 20770

Dear Judge Xinis:

I write this letter in support of Mr. Martrel Reeves. Mr. Reeves expressed his serious lack of judgement and has shown great remorse. I am confident that rehabilitation starts from within. Mr. Reeves appears to have learned a very valuable lesson and would like to return to his community in hopes of making it better than he left it.

I know firsthand how hard it is to divert from the daily struggles of inner-city life; especially when you are consistently in the public eye. Dangers are always surrounding you, yet one must be diligent in making sure that those same dangers do not cause one to make a mistake that will cost his/her freedom or life. I have seen Mr. Reeves give back to the community in many ways. He has participated in food drives, youth violence intervention and has always made himself available to support community functions with other community activists and me. I have not a doubt that Mr. Reeves will be able to positively impact the community if given another chance. It will not be an easy road and challenges are inevitable; however, I strongly believe that with the right resources, Mr. Reeves will return being a strong and upstanding figure in the community.

It is my hope that the court considers this letter during the pending trial.

Sincerely,

Trayon White, Sr.
Councilmember, Ward 8

15